UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICALDO SWIFT,

                Plaintiff,

      -against-

DOE,

                Defendant.

25 CIVIL 4727 (LTS)

CIVIL JUDGMENT

For the reasons stated in the October 27, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated:   October 28, 2025

        New York, New York

                                        /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge